PEOPLE, Respondent, v CARTER FRANKLIN, Appellant.— Motion to withdraw as assigned counsel denied. Memorandum: Counsel should proceed to perfect the appeal. If, after a conscientious review of the record, he determines that there are no nonfrivolous issues, he should prepare and file a *Crawford* brief *(see, People v Crawford,* 71 AD2d 38). Present— Callahan, J. P., Boomer, Balio, Lawton and Davis, JJ.